

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 6, 2023

<u>By ECF</u>

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Zherka v. Garland*, No. 22-1108

Dear Ms. Wolfe:

    Defendant-appellee Merrick B. Garland, in his official capacity as Attorney General of the United States, respectfully submits this letter pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure. On January 6, 2023, the Third Circuit granted a petition for *en banc* rehearing in *Range v. Attorney General*, 53 F.4th 262 (3d Cir. 2022), *pet'n for en banc rehearing granted*, 21-2835, Dkt. No. 69 (3d Cir. Jan. 6, 2023). This order vacates the panel opinion, which was discussed by the parties in their briefs. (Appellee Br. 12, 17-24, 27; Reply Br. 2-8).

    Thank you for your consideration.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney

                    By:    /s/ Lucas Issacharoff
                            LUCAS ISSACHAROFF
                            BENJAMIN H. TORRANCE
                            Assistant United States Attorneys
                            86 Chambers Street, 3rd Floor
                            New York, New York 10007
                            Tel.: (212) 637-2737/2703
                            E-mail: lucas.issacharoff@usdoj.gov
                                        benjamin.torrance@usdoj.gov

cc: Counsel of record (via ECF)