

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

<u>By electronic filing</u>  February 25, 2025

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     Re:    *Zherka v. Bondi*, No. 22-1108
             Oral argument held May 8, 2023, before Judges Newman, Lynch, and Pérez

Dear Ms. Wolfe:

    Defendant-appellee (the "government") respectfully writes, pursuant to Rule 28(j), to inform the Court of the Tenth Circuit's decision in *Vincent v. Bondi*, __ F.4th __, No. 21-4121, 2025 WL 453999 (10th Cir. Feb. 11, 2025). In *Vincent*, the Tenth Circuit reaffirmed its earlier holding in *Vincent v. Garland*, 80 F.4th 1197 (10th Cir. 2023)—the subject of the government's Rule 28(j) letter of September 15, 2023. (Dkt. Entry no. 135). The more recent *Vincent* decision followed the Supreme Court's vacatur and remand of the earlier decision in light of *United States v. Rahimi*, and "freshly considered the Second Amendment claim and conclude[d] that *Rahimi* doesn't undermine the panel's earlier reasoning or result." 2025 WL 453999 at *1. In short, the Tenth Circuit has again "upheld the constitutionality of § 922(g)(1) without drawing constitutional distinctions based on the type of felony involved," and concluded that "the Second Amendment doesn't prevent application of § 922(g)(1) to nonviolent offenders." *Id*. at *2.

    Thank you for your consideration.

                                            Respectfully submitted,

                                            MATTHEW PODOLSKY
                                            Acting United States Attorney

         By:    <u> /s/ Benjamin H. Torrance </u>
                LUCAS ISSACHAROFF
                BENJAMIN H. TORRANCE
                Assistant United States Attorneys
                86 Chambers Street, 3rd Floor
                New York, New York 10007
                Tel.: (212) 637-2737/2703
                E-mail: benjamin.torrance@usdoj.gov

cc: Counsel of record (via electronic filing)