# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

Peter A. Patterson
ppatterson@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

(202) 220-9600
Fax (202) 220-9601

May 21, 2025

**VIA ELECTRONIC FILING**
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals
　for the Second Circuit
Thurgood Marshall United
　States Courthouse
40 Foley Square
New York, New York 10007

Re: *Zherka v. Bondi*, No. 22-1108 (oral argument held May 8, 2023 before Judges Newman, Lynch, and Pérez)

Dear Ms. Wolfe,

Plaintiff-Appellant Zherka writes in response to the Government's submission of recent developments with respect to the process under 18 U.S.C. § 925(c), which provides a method for disarmed individuals to "make application to the Attorney General for relief from the disabilities imposed by Federal laws with respect to the … possession of firearms." *Id.*

"[S]ince 1992 Congress has withheld funds to implement § 925(c)." *Hatfield v. Barr*, 925 F.3d 950, 952 (7th Cir. 2019). The Government's 28(j) letter indicates that the Attorney General is working towards promulgating a Section 925(c) process that would not be subject to the Congressional funding restriction. But the Government's letter does not indicate that any such process has been promulgated to date.

In any event, the availability of a Section 925(c) process would not change this case. As Zherka has argued, for Section 922(g)(1) to be constitutional, it must be applied, at most, against individuals who have been *convicted of an offense* involving violence or associated with violence, and Zherka's conviction for

Cooper & Kirk
Lawyers

Catherine O'Hagan Wolfe, Clerk
May 21, 2025
Page 2 of 2

making false statements to a bank and on his tax returns does not qualify. *See, e.g.*, Post-*Rahimi* Ltr. Br., Doc. 159 at 3, 6–10 (July 19, 2024). Therefore, it is unconstitutional to subject Zherka to a process to *restore* his firearm rights when there is no constitutional basis in the challenged statute to *deprive* him of those rights in the first place.

        Sincerely,

        s/Peter A. Patterson
        Peter A. Patterson
        COOPER & KIRK PLLC
        1523 New Hampshire Ave., N.W.
        Washington, DC 20036
        ppatterson@cooperkirk.com
        Tel: (202) 220-9600
        Fax: (202) 220-9601

        *Attorney for Appellant*

cc: All Counsel of Record