# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of June, two thousand twenty-five.

Before:      Jon O. Newman,
                 Gerard E. Lynch,
                 Myrna Pérez,
                      *Circuit Judges*.

_____

Selim Zherka, "Sam,"

        Plaintiff - Appellant,

v.

Pamela Bondi, Attorney General of the United States, in her official capacity,

        Defendant - Appellee.

_____

**JUDGMENT**

Docket No. 22-1108

    The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court dismissing Appellant Zherka's complaint is AFFIRMED.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court

